(December 9, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY DEAN, Appellant. — Appeal from a judgment of the County Court of Albany County (Harris, J.), rendered February 17, 1981 upon a verdict convicting defendant of

two counts of the crime of criminal possession of a controlled substance in the third degree and one count of the crime of criminally using drug paraphernalia in the second degree. Judgment affirmed (see *People v Betts,* 90 AD2d 641). Mahoney, P. J., Mikoll, Yesawich, Jr., and Levine, JJ., concur.